**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. ***EDCV 12-00992 VAP***<br>EDCR 08-00172 VAP<br><br>**JUDGMENT** |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| Vinod Chandrashekm Patwardhan, | | |
| Defendant. | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Relief Under 28 U.S.C. § 2255 is DENIED. The Court orders that such judgment be entered.

Dated: June 3, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge